304 N.Y. 677 (1952)
Theodore Young et al., Appellants,
v.
State of New York, Respondent. (Claim No. 28929.)
Court of Appeals of the State of New York.
Argued June 6, 1952.
Decided July 15, 1952
Harold E. Blodgett, Loren W. Lillis and Donald Smith for appellants.
Nathaniel L. Goldstein, Attorney-General (John R. Davison and Wendell P. Brown of counsel), for respondent.
Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.
Judgment affirmed, without costs; no opinion.